**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IVIN ROMON RICHARDSON,
FDOC No. P03443,

      Plaintiff,

v.                                                    CASE NO. 3:20cv4492-MCR-EMT

CITY OF PENSACOLA, et al.,

      Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's

Report and Recommendation dated March 18, 2020.  ECF No. 3.  Plaintiff has been

furnished a copy of the Report and Recommendation and afforded an opportunity to

file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have

made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed

objections thereto, I have determined the Report and Recommendation should be

adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted

and incorporated by reference in this Order.

2.    This case is **DISMISSED WITHOUT PREJUDICE** as malicious

pursuant to 28 U.S.C. § 1915A(b)(1);

3.    The clerk is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 7th day of May 2020.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**